[No. 12378. Department Two. — June 5, 1888.]

ROSINA BERNIAUD, RESPONDENT, v. J. L. BEECHER, APPELLANT.

EVIDENCE — TITLE TO LAND — GENERAL REPUTATION AS TO OWNERSHIP. — Evidence of general reputation as to ownership is inadmissible to prove title to land.

APPEAL from a judgment of the Superior Court of San Joaquin County.

The action was brought to quiet the title of the plaintiff to the west half of block 229 in the city of Stockton. Judgment was rendered in favor of the plaintiff, from which the defendant appealed. The further facts are stated in the opinion of the court.

*J. A. Loutitt, S. D. Woods,* and *A. L. Levinsky,* for Appellant.

*L. W. Elliott,* and *John C. Byers,* for Respondent.

THORNTON, J. — The court erred in allowing the following question to be put to one Daniel Meader, who was called as a witness for plaintiff: "Do you know, by general reputation, who owned the west one half of block 229?" The question was answered by witness that it was by general reputation said to be the property of Mrs. Rosina Berniaud. Mrs. Berniaud is the person for whom this action is prosecuted by J. M. Hogan, her guardian

*ad litem.* We find no other error in the record. Judgment reversed and cause remanded.

McFARLAND, J., and SHARPSTEIN, J., concurred.

Hearing in Bank denied.